nied. *Edward R. Burke* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Abbott M. Sellers* and *S. Walter Shine* for respondent. █

No. 112. GENTRY *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *W. H. Strickland* for petitioner. *Harry McMullan,* Attorney General of North Carolina, *T. W. Bruton* and *Ralph Moody,* Assistant Attorneys General, for respondent.

No. 113. BATH MILLS, INC. *v.* ODOM. C. A. 4th Cir. Certiorari denied. *P. F. Henderson* for petitioner. *Henry Hammer* for respondent. █

No. 114. BEST & Co., INC. *v.* MILLER, DOING BUSINESS AS MILLER'S LILLIPUTIAN SHOPPE. C. A. 2d Cir. Certiorari denied. *Joseph M. Proskauer, Harold H. Levin* and *M. James Spitzer* for petitioner. *Milton Handler* for respondent. █

No. 119. DURANT *v.* HIRONIMUS, WARDEN. C. A. 4th Cir. Certiorari denied. *Hugh H. Obear* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Frederick Bernays Wiener, Robert S. Erdahl* and *Irving S. Shapiro* for respondent. █

No. 120. BLACK, DOING BUSINESS AS SUPERIOR TRUCKING Co., *v.* INTERSTATE COMMERCE COMMISSION. C. A. 5th Cir. Certiorari denied. *Joseph H. Blackshear, Elliott Goldstein, Max F. Goldstein* and *B. D. Murphy* for petitioner. *Solicitor General Perlman, Assistant Attorney General Bergson, Edward Dumbauld, Daniel W.*